# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| **H2183301 LLC DBA ALOHA INN MCALLEN TX** <br> *Plaintiff,* | § § § § § | |
| V. | § § § | CIVIL ACTION NO. 7:24-CV-00226 |
| **ATEGRITY SPECIALTY INSURANCE COMPANY AND RICHARD DE LEON** <br> *Defendant.* | § § § § | JURY DEMANDED |

## AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE RICARDO H. HINOJOSA:

COME NOW the Parties, H2183301 LLC DBA Aloha Inn McAllen TX and Ategrity Specialty Insurance Company (collectively the "Parties"), and file their Agreed Motion to Dismiss all Claims with Prejudice, and would show the Court the following:

Plaintiff and Defendant have agreed upon an amicable resolution amongst themselves as well as by and through their counsel of record. The parties have further agreed that the costs of court and attorney's fees shall be borne by the party incurring same.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant respectfully request that this Honorable Court enter an Order by which Defendant, ATEGRITY SPECIALTY INSURANCE COMPANY, be dismissed with prejudice, in the above-referenced and numbered cause of action.

Respectfully submitted,

**ZAR LAW FIRM**

By: */s/ Matthew M. Zarghouni [by permission]*
    Matthew M. Zarghouni; TBN: 24086085
    Brandon Kuhre; TBN: 24102048
    17 S. Briar Hollow Lane, Suite 400A
    Houston, TX 77027
    Telephone: (713) 333-5533
    E-mail:   Matt@zar-law.com
                Brandon@zar-law.com
                Service@zar-law.com

**COUNSEL FOR PLAINTIFF**

**PHELPS DUNBAR LLP**

By: */s/ Peri H. Alkas*_____
    Peri H. Alkas; TBN:  00783536
    Laura Geppert Atha; TBN: 24050653
    PHELPS DUNBAR LLP
    ONE SHELL PLAZA
    910 Louisiana St., Suite 4300
    Houston, Texas 77002
    Telephone: (713) 626-1386
    Email:   peri.alkas@phelps.com
               laura.atha@phelps.com

**COUNSEL FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have on November 7, 2024, filed the foregoing with the Clerk of Court by using the CM/ECF system which will electronically serve counsel listed below:

| | |
|---|---|
| Matthew M. Zarghouni | Matt@zar-law.com |
| Brandon Kuhre | Brandon@zar-law.com |
| ZAR LAW FIRM | Service@zar-law.com |
| 17 S. Briar Hollow Lane, Suite 400A | |
| Houston, TX 77027 | |

    */s/ Peri H. Alkas*

Peri H. Alkas / Laura Geppert Atha