Case 7:24-cv-00226   Document 14   Filed on 11/19/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 20, 2024
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | |
|---|---|
| H2183301 LLC DBA ALOHA INN MCALLEN TX <br> *Plaintiff,* <br><br> V. <br><br> ATEGRITY SPECIALTY INSURANCE COMPANY AND RICHARD DE LEON <br> *Defendant.* | CIVIL ACTION NO. 7:24-CV-00226 <br><br> JURY DEMANDED |

### ORDER GRANTING AGREED MOTION TO DISMISS WITH PREJUDICE

BEFORE the Court for consideration is the Parties' Agreed Motion to Dismiss all Claims with Prejudice. The court, having considered the Motion, is of the opinion that the Motion should be GRANTED.

It appearing to the Court that all matters in controversy among Plaintiff, H2183301 LLC DBA Aloha Inn McAllen TX, and Defendant, Ategrity Specialty Insurance Company, have been fully and finally resolved, the Motion is hereby Granted.

IT IS ORDERED that all claims asserted by Plaintiff against Defendant be and hereby are dismissed with prejudice to the re-filing of same.

IT IS FUTHER ORDERED that all costs of court are taxed against the parties incurring same. This is a final order disposing of all claims by all parties.

SIGNED on this 19th day of November, 2024

_____
U.S. DISTRICT JUDGE RICARDO H. HINOJOSA

PD.47253076.1